UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:17-cr-00259-RFB |
| ) | |
| Plaintiff, ) | ORDER FOR PRE-PLEA PRESENTENCE |
| ) | REPORT FOR DETERMINATION OF |
| vs. ) | CRIMINAL HISTORY |
| ) | |
| DONALD RENEE MYLES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before this Court, Defendant DONALD RENEE MYLES' [28] Motion for Order for Pre-Plea Presentence Report for Determination of Criminal History.

Pursuant to 18 U.S.C. § 3552 and Rule 32(c)(1) of the Federal Rules of Criminal Procedure and good cause appearing, IT IS ORDERED that the United States Probation Department shall conduct a pre-plea presentence investigation for the sole purpose of determining Defendant's criminal history, and to provide that information to both the defense and the prosecution in this case.

DATED: February 28, 2018.

_____  
RICHARD F. BOULWARE, II  
United States District Judge