Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:17-cr-00259-RFB |
| Plaintiff, | **First Stipulation to Continue Briefing Deadlines** |
| v. | |
| Donald Myles, | |
| Defendant. | |

On August 25, 2020, Donald Myles filed a pro se motion for compassionate released based on the COVID-19 pandemic coupled with his underlying medical conditions.[1] Under General Order 2020-06, the FPD Office has seven days to supplement a pro se motion for compassionate release and the government then has five days to respond. Undersigned recently received Myles's medical records and does intend to file a supplement on his behalf. To allow the parties additional time to review Myles's medical records and brief the necessary issues, the parties stipulate and agree that the FPD has until September 11, 2020, to file any supplement to Myles's pro se motion. The government's response will be due within 14 days of service of the supplement.

---

[1] ECF No. 49.

DATED: September 2, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Elizabeth White*<br>By_____<br>Elizabeth White<br>Appellate Chief, USAO Nevada |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:17-cr-00259-RFB |
| Plaintiff, | **Order Granting First Stipulation to Continue Briefing Deadlines** |
| v. | |
| Donald Myles, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the briefing schedule under General Order 2020-06 on Donald Myles's motion for compassionate release.

IT IS THEREFORE ORDERED that the FPD Office has until September 11, 2020, to file any supplement to Myles's pro se motion (ECF No. 49). The government's response will be due within 14 days of service of the supplement.

DATED: September  4 , 2020.

_____
RICHARD F. BOULWARE, II,
United States District Judge

3